**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

     -against-

CURTIS SCOTT,
                Defendant.
-----------------------------------------------------------X

09 CR. 983 (RMB)

**<u>ORDER</u>**

In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Wednesday, July 21, 2021 at 9:00 AM is being held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

Members of the public and the press can use the following dial-in information:

USA Toll-Free Number: (917) 933-2166
Access Code: 872 969 725

Dated: July 14, 2021
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.