UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                        09 CR. 983 (RMB)

   -against-

                                                                        **ORDER**

CURTIS SCOTT,
                Defendant.
------------------------------------------------------------X

      The sentencing proceeding previously scheduled for Wednesday, August 4, 2021 at 12:00 pm is hereby rescheduled to Thursday, August 5, 2021 at 12:00 pm.

      In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0983

Dated: July 28, 2021
       New York, NY

                                                          RICHARD M. BERMAN
                                                              U.S.D.J.