**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                                                             09 CR. 983 (RMB)

   -against-

                                                                                                      **ORDER**

CURTIS SCOTT,
                Defendant.
------------------------------------------------------------X

       The sentencing proceeding previously scheduled for Tuesday, August 24, 2021 at 9:30 AM is hereby rescheduled to Wednesday, August 18, 2021 at 9:00 AM.

       In light of the continuing COVID-19 pandemic, the proceeding is being held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0983

Dated: August 12, 2021
       New York, NY

                                                                             _____
                                                                                RICHARD M. BERMAN
                                                                                       U.S.D.J.