**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

   -against-

CURTIS SCOTT,
               Defendant.
------------------------------------------------------------X

09 CR. 983 (RMB)

**ORDER**

     In light of the continuing COVID-19 pandemic, the sentencing proceeding scheduled for Monday, August 23, 2021 at 1:30 pm is being held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

     Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

   Call In Number: (917) 933-2166
   Conference ID: 837 078 417#

Dated: August 20, 2021
       New York, NY

                                                      RICHARD M. BERMAN
                                                          U.S.D.J.