**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                    09 CR. 983 (RMB)

   -against-

                                                                    **ORDER**

CURTIS SCOTT,
                Defendant.
------------------------------------------------------------X

The supervised release hearing scheduled for Thursday, September 23, 2021 at 1:00 PM is hereby rescheduled to 12:00 PM on the same date.

In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0983

Dated: September 15, 2021
         New York, NY

                                                              _____
                                                                   RICHARD M. BERMAN
                                                                        U.S.D.J.