UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
      Government,

                      09 CR. 983 (RMB)

 -against-

                      **ORDER**

CURTIS SCOTT,
      Defendant.
------------------------------------------------------------X

  In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Tuesday, November 2, 2021 at 11:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

  Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

  USA Toll-Free Number: (877) 336-1829
  Access Code: 6265989
  Security Code: 0983

Dated: October 28, 2021
   New York, NY

                     *Richard M. Berman*
                 _____
                  RICHARD M. BERMAN
                    U.S.D.J.