UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                    Government,       :       09 CR. 983 (RMB)
                                           :
        - against -                       :       **ORDER**
                                           :
CURTIS SCOTT,                              :
                                           :
                    Defendant.        :
-------------------------------------------------------------x

      The supervised release hearing previously scheduled for Thursday, January 27, 2022 at 9:30 AM is hereby rescheduled to Tuesday, January 25, 2022 at 12:00 PM.

      In light of the continuing COVID-19 pandemic, the proceeding will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0983

Dated: January 19, 2022
       New York, NY

                                                     **RICHARD M. BERMAN**
                                                            U.S.D.J.