UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
       - against -                   :    09 CR. 983 (RMB)
                                         :
CURTIS SCOTT,                            :    **ORDER**
                   Defendant.        :
------------------------------------------------------------x

       Pursuant to 28 U.S.C. § 636(b)(3), this matter is referred to Magistrate Judge Sarah L. Cave to monitor the status of defendant's supervised release, and to conduct status hearings with the parties.

    Dated: March 14, 2022
    New York, New York

                                                  **RICHARD M. BERMAN, U.S.D.J.**