UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                      Government,        :        09 CR. 983 (RMB)
                                         :
      - against -                     :        **ORDER**
                                         :
CURTIS SCOTT,                            :
                                         :
                      Defendant.         :
------------------------------------------------------------x

       In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Wednesday, August 24, 2022 at 11:00 AM will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0983

Dated: August 16, 2022
       New York, NY

                                                *Richard M. Berman*
                                     **RICHARD M. BERMAN**
                                                **U.S.D.J.**