**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                          Government,

                                                                    09 CR. 983 (RMB)

        -against-

                                                                    **ORDER**

CURTIS SCOTT,
                          Defendant.
-----------------------------------------------------------X


        In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled

for Thursday, October 6, 2022 at 9:00 AM is being held telephonically pursuant to the CARES

Act and applicable implementing court procedures.

        Participants, members of the public and the press can use the following dial-in

information to access the audio of the proceeding:


        Dial-in Number: (646) 453-4442
        Conference ID: 916 470 714#


Dated: September 28, 2022
        New York, NY


                                                    _____
                                                        RICHARD M. BERMAN
                                                              U.S.D.J.