UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
      Government,

                  09 CR. 983 (RMB)

 -against-

                  **ORDER**

CURTIS SCOTT,
      Defendant.
------------------------------------------------------------X

  In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Thursday, November 3, 2022 at 12:00 PM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

  Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

  Dial-in Number: (646) 453-4442
  Conference ID: 916 470 714#

Dated: October 27, 2022
    New York, NY

                  _____
                    RICHARD M. BERMAN
                       U.S.D.J.