UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                            :
                Government,   :   09 CR. 983 (RMB)
                                            :
    - against -                          :   **ORDER**
                                            :
CURTIS SCOTT,                               :
                Defendant.    :
---------------------------------------------------------------x

      The supervised release hearing scheduled for Thursday, December 8, 2022 at 10:30 A.M. will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 195 827 54#

Dated: November 30, 2022
       New York, NY

                                          **RICHARD M. BERMAN**
                                                **U.S.D.J.**