UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                    Government,          :           09 CR. 983 (RMB)
                                             :
       - against -                          :           **ORDER**
                                             :
CURTIS SCOTT,                                :
                    Defendant.           :
-------------------------------------------------------------x

       The supervised release hearing scheduled for Thursday, January 19, 2023 at 9:00 A.M. – in the absence of defense objection – will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 828-7666
       Conference ID: 160 107 9548#

Dated: January 13, 2023
       New York, NY

                                                  */s/ Richard M. Berman*
                                                  **RICHARD M. BERMAN**
                                                  **U.S.D.J.**