**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,       :       09 CR. 983 (RMB)
                                         :
     - against -                       :       **ORDER**
                                         :
CURTIS SCOTT,                            :
                                         :
                Defendant.        :
------------------------------------------------------------x

        The vosr hearing scheduled for Tuesday, July 11, 2023 at 1:00 P.M. will take place in Courtroom 17B.

Dated: July 5, 2023
       New York, NY

                                                RICHARD M. BERMAN
                                                      U.S.D.J.