## JAMES KOUSOUROS

*ATTORNEY AT LAW*

~

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

EVAN L. LIPTON
COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

November 20, 2023

By ECF and Email

Hon. Richard M. Berman
Thurgood Marshall United States Courthouse
500 Pearl Street
New York, New York 10017

Re:     *United States v. Curtis Scott* **(VOSR)**
**09 Cr. 983**

Dear Judge Berman:

I represent Curtis Scott and write on his behalf to respectfully request a one-week extension of the due date for my post-hearing brief, from November 23 to November 30, 2023. I make this request so that I may have sufficient time to respond to the government's sixty-five-page brief, including time to review these submissions with Mr. Scott at the MDC. The government (A.U.S.A. Jerry Fang) consents to this application.

Thank you for your consideration.

Respectfully,

Evan L. Lipton
*Attorney for Curtis Scott*

Cc:     Michael Maimin
Jerry Fang
*Assistant United States Attorneys*

Application granted.

SO ORDERED:
Date: 11/21/23

Richard M. Berman, U.S.D.J.