**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,   :   09 CR. 983 (RMB)
                                         :
    - against -                       :   **ORDER**
                                         :
                                         :
CURTIS SCOTT,                            :
                                         :
                Defendant.    :
---------------------------------------------------------------x

The supervised release hearing scheduled for Wednesday, January 10, 2024 at 9:00 A.M. will take place in Courtroom 17B.

Dated: January 3, 2024
       New York, NY

*Richard M. Berman*
_____
RICHARD M. BERMAN
U.S.D.J.