**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,         :

                Government,    :    09 CR. 983 (RMB)

    - against -                :    **ORDER**

CURTIS SCOTT,              :

                Defendant.     :
-----------------------------------------------------------------x

The supervised release hearing scheduled for Tuesday, February 13, 2024 at 2:00 P.M. will take place in Courtroom 17B.

Dated: February 7, 2024
       New York, NY

                                                  RICHARD M. BERMAN
                                                      U.S.D.J.