**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                       :
                                                :
                      Government,     :      09 CR. 983 (RMB)
                                                :
      - against -                              :      **ORDER**
                                                :
                                                :
CURTIS SCOTT,                                   :
                                                :
                      Defendant.      :
-----------------------------------------------------------------x

The supervised release hearing scheduled for Wednesday, February 28, 2024 at 10:00 A.M. will take place in Courtroom 17B.

Dated: February 21, 2024
       New York, NY

                                                          RICHARD M. BERMAN
                                                               U.S.D.J.