UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :
                Government,   :   09 CR. 983 (RMB)
                                     :
    - against -                       :   **ORDER**
                                     :
CURTIS SCOTT,                        :
                Defendant.    :
-------------------------------------------------------------x

       The supervised release hearing is scheduled for Thursday, March 21, 2024 at 2:00 P.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 226 649 147#

Dated: March 13, 2024
       New York, NY

                                               */s/ Richard M. Berman*
                                               **RICHARD M. BERMAN**
                                                    **U.S.D.J.**