**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                                        :
                        Government,           :     09 CR. 983 (RMB)
                                                                        :
       - against -                         :     **ORDER**
                                                                        :
CURTIS SCOTT,                                              :
                        Defendant.             :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, May 30, 2024 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 323 678 556#

Dated: May 22, 2024
       New York, NY

                                                    */s/ Richard M. Berman*
                                           **RICHARD M. BERMAN**
                                                   **U.S.D.J.**