UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :
                 Government,        :        09 CR. 983 (RMB)
                                          :
      - against -                     :        **ORDER**
                                          :
CURTIS SCOTT,                             :
                                          :
                 Defendant.         :
------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, September 4, 2024 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 516 460 517#

Dated: August 28, 2024
      New York, NY

                                                     _/s/ Richard M. Berman_
                                                   **RICHARD M. BERMAN**
                                                          **U.S.D.J.**