UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                           :
                                                    :
                               Government,          :     09 CR. 983 (RMB)
                                                    :
               - against -                          :     **ORDER**
                                                    :
CURTIS SCOTT,                                       :
                                                    :
                               Defendant.           :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, November 13, 2024 at 3:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 437 204 017#

Dated: November 6, 2024
       New York, NY

*Richard M. Berman*
_____
 **RICHARD M. BERMAN**
        **U.S.D.J.**