**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                                                          :
                         Government,         :        09 CR. 983 (RMB)
                                                                          :
       - against -                            :        **ORDER**
                                                                          :
CURTIS SCOTT,                                       :
                                                                          :
                         Defendant.            :
------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, April 10, 2025 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 951 517 993#

Dated: April 2, 2025
      New York, NY

                                                             *Richard M. Berman*
                                              **RICHARD M. BERMAN**
                                                       **U.S.D.J.**