```
Law Office of Evan L. Lipton, P.C.
    260 Madison Ave, Floor 22
     New York, New York 10016
          (917) 924-9800
```

April 24, 2025

MEMO ENDORSED

By ECF
Hon. Richard Berman
United State District Court Judge
Daniel Moynihan United States Courthouse
500 Pearl Street
New York, New York 10017

      Re:    *United States v. Curtis Scott*, 09 Cr. 983 (RMB-4) (VOSR)

Dear Judge Berman:

    I represent Kurt Scott who is currently under the supervision of the Court pursuant to a term of supervised release set to terminate in August 2025. I write, with the consent of United States Probation Officer Michael P. Nicholson,[1] to request that Mr. Scott be permitted to travel to Las Vegas, Nevada, from April 30 through May 5 to celebrate his aunt's fiftieth birthday along with several other family members. If the proposed travel is approved, he will provide his precise itinerary to Officer Nicholson, including flight numbers and the location of his hotel.

    Thank you for your consideration.

                              Respectfully,

                              Evan L. Lipton
                            *Attorney for Kurt Scott*

> Application granted to travel with approval of Probation and in accordance with counsel's letter to the Court.
>
> SO ORDERED:
> Date: 04/25/2025
> *Richard A. Berman*
> Richard M. Berman, U.S.D.J.

---

[1] I wrote to the government and Probation Officer Nicholson on April 22, 2025, to request their positions with respect to this application. P.O. Nicholson responded with his consent on April 23. Government counsel has not replied.