UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                      Government,       :      09 CR. 983 (RMB)
                                           :
     - against -                         :      **ORDER**
                                           :
CURTIS SCOTT,                              :
                                           :
                      Defendant.         :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, July 10, 2025 at 10:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
**Join the meeting now**

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 148 835 059#

Dated: July 1, 2025
       New York, NY

                                                                 RICHARD M. BERMAN
                                                                     U.S.D.J.