**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                      :
                                                                      :
                              Government,     :     09 CR. 983 (RMB)
                                                                      :
             - against -                     :     **ORDER**
                                                                      :
CURTIS SCOTT,                                           :
                                                                      :
                              Defendant.      :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, July 31, 2025 at 10:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
**Join the meeting now**

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 463 755 332#

Dated: July 23, 2025
       New York, NY

                                                      **RICHARD M. BERMAN**
                                                                **U.S.D.J.**