UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Government,<br><br>   -against-<br><br>CURTIS SCOTT,<br><br>         Defendant. | 09 Cr. 983 (RMB)<br><br>**ORDER** |

  For the reasons stated on the transcript of the supervised release hearing held on July 31, 2025, the Court hereby orders that Mr. Curtis Scott successfully completed supervision as of July 31, 2025. *See* Tr. of Proceedings held on July 31, 2025; *see also* 18 U.S.C. § 3583(e)(1).

Date: August 7, 2025
New York, New York

               *[signature: Richard M. Berman]*
               **RICHARD M. BERMAN, U.S.D.J.**

# Certificate of Completion of Supervised Release

To acknowledge fulfillment of the terms and conditions of Curtis Scott's supervised release, and his dedication. Mr. Scott's supervised release obligations are successfully completed.

Congratulations for a job well done.

July 31, 2025

*Richard M. Berman*
U.S. District Judge